Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>JUSTIN NOAH YARBOROUGH,<br><br>                Defendant. | DOCKET NO: 6:15-mj-029-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, for Count 1 – possession of a controlled substance. YARBOROUGH plead Guilty to Count 1 – possession of a controlled substance, and Count 2 was dismissed on June 24, 2015, with a 12 month deferred entry of judgment, and YARBOROUGH was ordered to 12 months of unsupervised probation, and a $700 fine. YARBOROUGH has fully complied with the terms of his probation.

//

Dated:  June 27, 2016                           NATIONAL PARK SERVICE

                                               /S/ Matthew McNease
                                               Matthew McNease
                                               Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 1 in the above referenced matter, *United States v. Justin Noah Yarborough*, 6:15-mj-029-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   June 27, 2016                    /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE